UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-61758-CIV-MORENO/O'SULLIVAN

SINDY TERMILUS,
    Plaintiff,

vs.

MARKSMAN SECURITY CORPORATION,
    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Defendant's Motion to Compel Answers to Interrogatories and Production of Documents (DE # 21, 2/5/16). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED that the Defendant's Motion to Compel Answers to Interrogatories and Production of Documents (DE # 21, 2/5/16) is GRANTED in accordance with this Order. It is further

ORDERED AND ADJUDGED that on or before March 14, 2016, the plaintiff shall provide the defendant with a written response to, and produce the documents responsive to the subject Request for Production. It is further

ORDERED AND ADJUDGED that on or before March 14, 2016, the plaintiff shall

provide answers to the subject interrogatories.

**DONE AND ORDERED** in Chambers at Miami, Florida this 3rd day of March, 2015.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. District Judge Moreno
All counsel of record

Sindy Termilus, pro se
4055 Tree Tops Road
Cooper City, Fl 33026